[No. 69668-8-I.   Division One.   January 21, 2014.]

STEVEN W. HYDE ET AL., *Appellants*, v. THE CITY OF LAKE STEVENS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-10516-4, George F.B. Appel, J., entered October 17, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 69761-7-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. N.A.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-00831-4, Christopher A. Washington, J., entered December 7, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 70014-6-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. C.W.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02688-4, Barbara A. Mack, J., entered February 5, 2013. *Affirmed* by unpublished per curiam opinion; Grosse, J., concurring separately.

[No. 70537-7-I.   Division One.   January 21, 2014.]

*In the Matter of the Parentage of* K.D.

MICHELLE WILBURN-DONAHUE, *Appellant*, v. CHRISTOPHER DILWORTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-02166-3, Suzanne Parisien, J., entered June 18, 2013. *Remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Verellen, JJ.